# United States District Court
## Southern District of Georgia

FRANK DWIGHT MACK,

Plaintiff,

V.

TI'QUITA MILES,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 118-095

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 25, 2019, that Defendant's motion to dismiss is granted with the Court finding Defendant is entitled to qualified immunity. This case stands closed.

03/25/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*