# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **FRANK DWIGHT MACK,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **CV 118 - 095** |
| Vs. | |
| **TI'QUITA MILES,** | |
| **Defendant.** | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Frank Dwight Mack, in the above styled case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of Judge J. Randal Hall, entered in the United States District Court for the Southern District of Georgia on March 25, 2019 which Denied and Dismissed the Plaintiff's Complaint.

This 5th day of April, 2019.

Respectfully Submitted,

*S/ McNeill Stokes*
McNeill Stokes
Georgia Bar No. 683600
Attorney for Plaintiff

5372 Whitehall Place
Mableton, GA 30126
Tel: 404-352-2144
Email: mcstokes@bellsouth.net

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a true copy of the foregoing Notice of Appeal for Plaintiff has been e-filed with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

This 5th day of April, 2019.

*S/ McNeill Stokes*
McNeill Stokes
Georgia Bar No. 683600
Attorney for Plaintiff

5372 Whitehall PL SE
Mableton, Georgia 30126
Tel: 404-352-2144
E-mail: mcstokes@bellsouth.net