IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FRANK DWIGHT MACK, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | Case No. CV 118-095 |
| | ) | Appeal No. 19-11276-HH |
| v. | ) | |
| | ) | |
| TI'QUITA MILES, | ) | |
| | ) | |
| Defendant – Appellee. | ) | |

## O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this  12th  day of December 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA